UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALYN ANGELA WINDHAM EL,<br>Plaintiff,<br>v.<br>CHRISTINA L. CHANG,<br>Defendant. | No. 2:25-cv-1317-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND |

Plaintiff initiated this civil right action by filing a complaint on April 29, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) On May 16, 2025, the assigned magistrate judge screened that complaint, found it to be deficient because it was incomprehensible, frivolous failed to state any cognizable claim and issued findings and recommendations recommending that the complaint be dismissed. (Doc. No. 3.) The magistrate judge also concluded that because of the frivolous nature of the complaint, the granting of leave to amend would be futile. (*Id.* at 2.)

Those findings and recommendations were served on plaintiff at the address of record and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days of service. (*Id.* at 3.) Plaintiff did not file any objections, or any other submission, with the court and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued May 16, 2025 (Doc. No. 3), are ADOPTED;
2. Plaintiff's complaint (Doc. No. 1), is DISMISSED without leave to amend as frivolous; and
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: **October 14, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE